IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


FLOYD HOGAN, JR., et al.,    )
                             )
     Plaintiffs,             )
                             )       CIVIL ACTION NO.
     v.                      )        2:10cv390-MHT
                             )            (WO)
ALLSTATE BEVERAGE            )
COMPANY, INC., d/b/a         )
Gulf Distributing,          )
                             )
     Defendant.              )

## ORDER

It is ORDERED that defendant Allstate Beverage

Company, Inc.'s objection to motion (Doc. No. 70) is

overruled.

DONE, this the 4th day of December, 2012.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE