IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FLOYD HOGAN, JR., et al., )<br>　)<br>　Plaintiffs, )<br>　)<br>　v. )<br>　)<br>ALLSTATE BEVERAGE )<br>COMPANY, INC., d/b/a )<br>Gulf Distributing, )<br>　)<br>　Defendant. ) | CIVIL ACTION NO.<br>2:10cv390-MHT<br>(WO) |

ORDER

It is ORDERED that the motions to suspend, remove, and continue, etc. (Doc. Nos. 81, 82, 84, and 85) are denied as moot.

DONE, this the 4th day of December, 2012.

　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE