IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FLOYD HOGAN, JR., et al.,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>   v.  )<br>  )<br>ALLSTATE BEVERAGE  )<br>COMPANY, INC., d/b/a  )<br>Gulf Distributing,  )<br>  )<br>   Defendant.  ) | CIVIL ACTION NO.<br>  2:10cv390-MHT<br>       (WO) |

ORDER

It is ORDERED that the parties are to submit a new Rule 26(f) report by January 7, 2013.

DONE, this the 4th day of December, 2012.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE