IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FLOYD HOGAN, JR., et al.,    )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:10cv390-MHT
                             )           (WO)
ALLSTATE BEVERAGE            )
COMPANY, INC., d/b/a         )
Gulf Distributing,           )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement (doc. no. 144) is granted, and the settlement is approved.

(2) Pursuant to the settlement agreement, all claims in this action are dismissed with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE